UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAGINAW CHIPPEWA INDIAN TRIBE OF
MICHIGAN,

        Plaintiff,

-and-

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

JENNIFER GRANHOLM, Governor of the
State of Michigan, MIKE COX, Attorney General
of the State of Michigan, ROBERT J. KLEINE,
Treasurer of the State of Michigan, and the STATE
OF MICHIGAN,

        Defendants,

-and-

CITY OF MT. PLEASANT, and COUNTY OF
ISABELLA,

        Defendant-Intervenors.
_____/

Case Number 05-10296-BC
Honorable Thomas L. Ludington

## SUPPLEMENTAL ORDER FOR JUDGMENT

It is **ORDERED** that the attached exhibits are incorporated into the Order for Judgment

[Dkt. # 284], as noted in Section III, paragraph G, and Section IV of the Order for Judgment.


        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        The United States District Judge

Dated: December 22, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 22, 2010.

        s/Tracy A. Jacobs
        TRACY A. JACOBS